PROB 12B
(7/93)

# United States District Court

for the

## District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Pablo E. Welhous                                      Case Number: 3:03-CR-0080-HRH

Sentencing Judicial Officer:   H. Russel Holland, Senior U.S. District Court Judge

Date of Original Sentence:     January 9, 2004

Original Offense:              Ct 1: Conspiracy to Possess and Distribute Controlled Substance in violation of 21 U.S.C. § 846, 841(a)(1), 841(b)(1)(B);
                               Ct 2: Possession/Distribution of Controlled Substance in violation of 21 U.S.C. § 841(a)(1), 841(1)(B) & 846, 18 U.S.C. § 2

Original Sentence:             41 months imprisonment with 4 years supervised release

Date Supervision Commenced: March 28, 2006

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

1) "The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, and shall not frequent business establishments whose primary product to the consumer is alcoholic beverages."

2) " The defendant shall participate in the home confinement program during non-working hours for a 60 day consecutive period commencing upon instruction of his probation officer, and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system."

### CAUSE

On January 9, 2004, the defendant was sentenced to 41 months and five years supervised release for the offenses of Conspiracy to Possess and Distribute Controlled Substance in violation of 21 U.S.C. § 846, 841(a)(1), 841(b)(1)(B) and Possession/Distribution of Controlled Substance in violation of 21 U.S.C. § 841(a)(1), 841(1)(B) & 846, 18 U.S.C. § 2.

The defendant's supervision commenced on March 28, 2006, and on this date this officer met with the

*Request for Modification of Conditions or Term*
*Name of Offender       :       WELHOUS, Pablo*
*Case Number            :       3:03-CR-0080-HRH*

defendant and reviewed all the conditions contained in his judgment. The defendant signed a copy of the judgment indicating that the conditions had been read to him, fully understands the conditions, and had been provided a copy of them.

According to a Misdemeanor Complaint, case number 3PA-06-3040CR, in the Superior/District Court for the State of Alaska, the defendant was charged on December 9, 2006, with Driving Under the Influence. According the information from the Alaska Trial Courts website, on February 15, 2007, the defendant plead no contest to Driving Under the Influence and was sentenced to 60 days jail with 57 days suspended, $3,000 fine with $1,500 suspended, driver's license suspended 90 days, and 1095 days of informal probation.

According to an Anchorage Police Department (APD) report, on October 7, 2007, at approximately 0248, the defendant was arrested and charged with Driving Under the Influence, case number 3AN-07-11205CR. According to the APD report, at 0402, the defendant provided a sample of his breath for the Datamaster which indicated a .171% breath alcohol level. On October 16, 2007, the defendant reported to this officer that he is currently out on bail with a third-party custodian awaiting another hearing.

Respectfully submitted,

**REDACTED SIGNATURE**

Chris Liedike
U.S. Probation/Pretrial Services Officer
Date: October 16, 2007

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[ ]No Action
[ ]The Extension of Supervision as Noted Above
[X]The Modification of Conditions as Noted Above
[ ]Other:

-2-

*Request for Modification of Conditions or Term*
*Name of Offender*      :       WELHOUS, Pabl
*Case Number*           :       3:03-CR-0080-H₁

REDACTED SIGNATURE

H. Russel Holland
Senior U.S. District Court Judge

Date: 10/23/07

-3-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

U.S.A. v Pablo E. Welhous                    Docket No. 3:03-CR-0080-HRH

    I, _Pablo E. Welhous_ , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

1) "The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, and shall not frequent business establishments whose primary product to the consumer is alcoholic beverages."

2) " The defendant shall participate in the home confinement program during non-working hours for a 60 day consecutive period commencing upon instruction of his probation officer, and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system."

Signed: _Pablo E Welhous_          Date: _10/19/07_
          Pablo E. Welhous
          Probationer or Supervised Release

Witness: _REDACTED SIGNATURE_          Date: _10/19/07_
          Chris Liedike
          U.S. Probation/Pretrial Services Officer